448 A.2d 1158

Commonwealth v. Hines, Appellant.

Submitted February 9, 1981.  William Hines, appellant, in propria persona; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.

448 A.2d 1158

Commonwealth v. Johnson, Appellant.
Petition for Allowance of Appeal Denied Oct. 8, 1982.

Submitted October 28, 1981. Richard S. Levine, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.